| From: | Trevor W. Wells |
|---|---|
| To: | vechatman@sbcglobal.net |
| Subject: | Re: Activity in Case 2:21-cv-00397-PPS-JEM McClay Chatman v. Evans et al Notice (Other) |
| Date: | Thursday, April 7, 2022 6:45:10 PM |

Your election to receive hard copies is duly noted and I will use that method of service going forward. I thought my previous filings made it clear, but all I wanted was for you to tell me what you wanted. I apparently misinterpreted your grumbling about not being allowed to e-file (which is not something I control or care about) as a complaint about the speed of service and a request for electronic service. If you'd read the footnote in my response more carefully, you could have contacted me then to let me know your preference. But now I know.

Your "common courtesy" comment is offensive; I was trying to accommodate *your* preferences. I won't bother in the future.

Have a good evening.

Get Outlook for iOS

**From:** vechatman@sbcglobal.net <vechatman@sbcglobal.net>
**Sent:** Thursday, April 7, 2022 6:28:11 PM
**To:** Trevor W. Wells <twells@reminger.com>
**Subject:** Re: Activity in Case 2:21-cv-00397-PPS-JEM McClay Chatman v. Evans et al Notice (Other)



First, I never asked for court fiings to be sent via email.   That s a decision you made.  Not me.  It was never an agreed-upon method.  My only question initially when the complaint was filed was why I was not allowed to efile as a pro se.  You took it upon yourself to email.  I am not asking you to do both, and I surely did not ask for anything to be emailed to me either.   questioned why I was not allowed to efile.   If this is a problem, I will file a motion before the court to send all of Defendants' filings to me promptly and via First Class mail.   One reason I don't like emails is for the same reason you stated.  I don't always check them.  Hence, just like you check your emails later, and sent me an email after business hours.  Nor do I read emails after a certain time, hence you replied to this email after business hours.  Second, I would think that mailing me a hard copy would be a common courtesy, as that is the mode of transmission that I sent you via first class mail.

On Thursday, April 7, 2022, 05:19:39 PM CDT, Trevor W. Wells <twells@reminger.com> wrote:


Ms. McClay Chatman,


I have been tied up most of the day in a mediation and other matters, and I am just now getting a chance to wade through today's email correspondence.


As a one-time accommodation, I will ask my staff to mail hard copies of the recently filed documents to you in the morning.  (They're gone for the day, and I'm not about to try and figure out how to print labels and use the postage machine in a probably vain attempt to get them in the mail stream today).

But I need you to make a final decision whether you would prefer to receive documents electronically or via mail.  Absent a Court Order to the contrary, I'll do either one, but not both.

Recall that you complained about the slow mail delivery in your *Plaintiffs' Motion to File an Amended Employment Discrimination Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)*.

And, in response, I made it clear in *Defendants' Response to Plaintiffs' [sic] Motion to File an Amended Employment Discrimination Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)* that I was willing to interpret your filing as a request for electronic service and would do so unless you advised otherwise.

But after this (if there is an after this), it's one or the other.  Just let me know whether you want the hard copies or want the speedier electronic service.

Regards,

TWW

**Trevor W. Wells, Esq. -** 219-323-2060 (direct)
Reminger Co., L.P.A.

---

**From:** vechatman@sbcglobal.net <vechatman@sbcglobal.net>
**Sent:** Thursday, April 7, 2022 12:52 PM
**To:** Trevor W. Wells <twells@reminger.com>
**Subject:** Re: Activity in Case 2:21-cv-00397-PPS-JEM McClay Chatman v. Evans et al Notice (Other)

Could you please mail me the documents.  Thank you

Sent from AT&T Yahoo Mail for iPhone

On Thursday, March 31, 2022, 1:13 PM, Trevor W. Wells <twells@reminger.com> wrote:

Ms. Chatman,

Please see the attached service copies of the filings reflected below and in the attached Notice of Electronic Filing.

Regards,

TWW

**Trevor W. Wells, Esq. -** 219-323-2060 (direct)
Reminger Co., L.P.A.

---

**From:** CMECFinnd@innd.uscourts.gov <CMECFinnd@innd.uscourts.gov>
**Sent:** Thursday, March 31, 2022 1:09 PM
**To:** CMECFinnd@innd.uscourts.gov
**Subject:** Activity in Case 2:21-cv-00397-PPS-JEM McClay Chatman v. Evans et al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court Northern District of Indiana [LIVE]**

**USDC Northern Indiana**

### Notice of Electronic Filing

The following transaction was entered by Wells, Trevor on 3/31/2022 at 2:08 PM EST and filed on 3/31/2022

| | |
|---|---|
| **Case Name:** | McClay Chatman v. Evans et al |
| **Case Number:** | 2:21-cv-00397-PPS-JEM |
| **Filer:** | Alternative House |
| | Alternative House Board of Directors |
| | Crisis Center Inc. |
| | Crisis Center, Inc. |
| | Felicia L Evans |
| | Margaret Pruzin |
| | Athena Soleim |
| | Nikki Wielgos |
| | Lynda Woods Brown |
| **Document Number:** | 15 |

**Docket Text:**
**NOTICE by Alternative House, Alternative House Board of Directors, Crisis Center Inc., Crisis Center, Inc., Felicia L Evans, Margaret Pruzin, Athena Soleim, Nikki Wielgos, Lynda Woods Brown re [14] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** *(Notice to Self-Represented Plaintiff of Rule 12(b)(6) Motion to Dismiss)* **(Attachments: # (1) Exhibit 1 -- FRCP 12 & N.D. Ind. LR 7-1)(Wells, Trevor)**


**2:21-cv-00397-PPS-JEM Notice has been electronically mailed to:**

Trevor W Wells      twells@reminger.com, amysmith@reminger.com, cbohling@reminger.com

**2:21-cv-00397-PPS-JEM Notice has been delivered by U.S. Mail or other means to:**

Versie C. McClay Chatman
4406 Broadway
Gary, IN 46408

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047496160 [Date=3/31/2022] [FileNumber=4680344-0
]
[ab9ab1c207d523b1a351326e0629c7ded86ba5d1d8f297b2e0fad8ea074c8a8db2a
d8e5890dd810d43b3d82839c0c50974183c7a0ff9958310d7c19236580000]]
**Document description:**Exhibit 1 -- FRCP 12 & N.D. Ind. LR 7-1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047496160 [Date=3/31/2022] [FileNumber=4680344-1
] [807e2bf0a97e6644ee5b46baf7088c00a700bfc3b16359e7de2fafc0c51341268a7
0cb530a9dbe65e824a3bc4ad11a80339e664852b182db68091f77e84a3743]]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware by **Mimecast Ltd**.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court Northern District of Indiana [LIVE]**

**USDC Northern Indiana**

**Notice of Electronic Filing**

The following transaction was entered by Wells, Trevor on 3/31/2022 at 2:05 PM EST and filed on 3/31/2022

| | |
|---|---|
| **Case Name:** | McClay Chatman v. Evans et al |
| **Case Number:** | 2:21-cv-00397-PPS-JEM |
| **Filer:** | Alternative House |
| | Alternative House Board of Directors |
| | Crisis Center Inc. |
| | Crisis Center, Inc. |
| | Felicia L Evans |
| | Margaret Pruzin |
| | Athena Soleim |
| | Nikki Wielgos |
| | Lynda Woods Brown |

**Document Number:** 14

**Docket Text:**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Alternative House, Alternative House Board of Directors, Crisis Center Inc., Crisis Center, Inc., Felicia L Evans, Margaret Pruzin, Athena Soleim, Nikki Wielgos, Lynda Woods Brown. (Attachments: # (1) Brief in Support)(Wells, Trevor)**

**2:21-cv-00397-PPS-JEM Notice has been electronically mailed to:**

Trevor W Wells      twells@reminger.com, amysmith@reminger.com, cbohling@reminger.com

**2:21-cv-00397-PPS-JEM Notice has been delivered by U.S. Mail or other means to:**

Versie C. McClay Chatman
4406 Broadway
Gary, IN 46408

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047496160 [Date=3/31/2022]
[FileNumber=4680320-0
]
[06ecf275bcc57c4937b496f7a17121003184f110287ebeb93f67d2c4ab96281cbd6
2ea2434a18bc74f2408bfca41332f9eef8ab632eefdb36b09967e9a23978f]]
**Document description:** Brief in Support
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047496160 [Date=3/31/2022]
[FileNumber=4680320-1
]
[c6233a51a717d504db8471513de06f26edc865fa1437e4be4efae0cb0cb893b181a
6f8112869f92349efe1c42a3f6dc2d63e27d4156e637dba215ab3381cf7c1]]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware by **Mimecast Ltd**.