# EXHIBIT A

EXHIBIT A
Page 1

**6:21**

**New iMessage**          Cancel

To: Felicia Evans

iMessage
Jul 19, 2019, 5:53 AM

Good morning. Sorry for my late arrival. I thought the start time was tonight at midnight.

No problem, we're still learning the job. The schedule can be a little tricky to read

Jul 19, 2019, 9:16 AM

Ms. Felicia. Is it ok to keep the dates and times I have for this month from the 20th through the 27th?

August, 2019 times as follows:

August 2 and August 3 – ( 4 to 12 or 12 to 8)

August 8, August 9 and August 10 – (4 to 12 or 12 to 8)

August 16 – (4 to 12)
August 17 – (12 to 8)

August 23, 24 and 25
(4 to 12) or (12 to 8)

  iMessage  

       

EXHIBIT A
page 2

**7:27**

New iMessage          Cancel

To: Felicia Evans

tonight ?

Mon, Feb 22, 10:27 AM

Hey I can come in midnight tonight.

Thank u so much

Ok. I just looked at the schedule. You have me down for Wednesday.

Mon, Feb 22, 1:51 PM

I see I am on the schedule this time for Wednesday. A day I did not ask for. I understand about the census and for the past 4 months when I asked for 3 days I have only gotten two. I am always there to help when I can but as soon as new people come in then My hours get cut that is until the new people don't work out. I am on social security disability and like I always tell you I can only do so many hours. Hence the 3 days a week. I have went out on a limb working over those hours. I do not want to lose my benefits or social security disability. I will come in this week because of the census but now when a new person comes in and wants the 12 to 8 hours I

  iMessage 

       

7:29

**New iMessage**          Cancel

To: Felicia Evans

EXHIBIT A, pg 3

August 23, 24 and 25
(4 to 12) or (12 to 8)

August 29, 30, 31
(4 to 12) or (12 to 8)

Versie

Ok, thank you

You are welcome

Jul 21, 2019, 5:42 PM

Hello Ms. Felicia. I apologize for asking you this on a Sunday but can I talk with you. Ms. Felicia it is not a pressing issue, nor an emergency I just need your clarification. Thanks

Jul 24, 2019, 2:08 AM

Good morning Ms. Felicia. On the calendar for Friday July 26th. I am

7:30 ⁊

**New iMessage**                    Cancel

To: Felicia Evans

Jul 27, 2019, 7:26 AM

Good morning, I am completing the August schedule from home and I think I left availability at the job. Can u please send me the dates and times u are available. Thanks

EXHIBIT A,
PG. 4ᴵ

August, 2019 times as follows:

August 2 and August 3 - ( 4 to 12 or 12 to 8)

August 8, August 9 and August 10 - (4 to 12 or 12 to 8)

August 16 - (4 to 12)
August 17 - (12 to 8)

August 23, 24 and 25
(4 to 12) or (12 to 8)

August 29, 30, 31
(4 to 12) or (12 to 8)

Versie

Thank you

You are welcome











**7:31**

**New iMessage**          Cancel

To: Felicia Evans

*EXHIBIT A, pg. 5*

You are welcome

Jul 27, 2019, 4:58 PM

Ms. Felicia. Have a wonderful vacation ok. When you come back from vacation I would like to discuss working with Darrell on transportation. I spoke with Darrell and he said he would talk to you about it. Thanks

Ok

Aug 6, 2019, 1:44 PM

Ms. Felicia. On August 14th I have a 1:30 appointment. Thanks

Aug 6, 2019, 3:20 PM

Send me your email address

Vechatman@sbcglobal.net

Thank you Ms. Felicia. I received it. I am confused though. Will I be working from 1:30 to 6? Is that a separate schedule? Thanks

Ur only working 1:30 to 6 , five days a week

[22.50]
a week

iMessage

7:32

**New iMessage**                 Cancel

To: Felicia Evans                 *EXHIBIT A, pg.6*

> Ok. I did not see the 1:30 to 6 on the schedule. Ok I Got it

> When will i start?

Monday. I don't list transportation on residential.

> Ok

> Just a pleasant reminder. On Wednesday August 14, I have a prescheduled 1:30 appointment

Ok

Aug 8, 2019, 10:37 AM

Good morning, I noticed I didn't take u off the 4/12 shift for Friday. Are u able to work it ?

Aug 8, 2019, 12:01 PM

> Yes I can work it

Thank you

> You are welcome


   
       

7:32

New iMessage        Cancel

To: Felicia Evans        EXHIBIT A, Pg. 7

Aug 10, 2019, 8:04 AM

Good morning Ms. Felicia. Can I talk with you? Thank you

Aug 10, 2019, 12:07 PM

I'm dong a bit of running around today. I'll contact u tonight when I get back to Gary

Ok

Aug 13, 2019, 9:48 AM

Ms Felicia. I do not know what is going on but Ms. Letoya told me to come in at 8 today. While waiting Ms. Chanta asked me to go over with the boys until someone came in. I was with the boys for a while, and then Ms. Letoya came over to tell me that ms Shirley took a child out that we could have taken and that another child had an appointment so we could go out later. Ms. Letoya also told me to come in at 6 on Thursday to shadow her and then 6 on Friday to shadow Mr. Darrell. While I was over on the boys side Ms. Chanta called me to tell me you wanted to see me. I got up and told Ms. Letoya you wanted to see

iMessage

          

7:33

**New iMessage**          Cancel

To: Felicia Evans

*EXHIBIT A, Pg. 8*

told me Ms. Letoya you wanted to see me. Ms. Letoya walked around with me and even in the day room. I went and sat in your office and Ms. Letoya came in to. I asked her "Ms. Felicia wants to meet with you too." Ms. Letoya stated that she had to talk to you too. So she sat in your office with me until you came in. Just so you know

Aug 13, 2019, 5:40 PM

FYI. Also when I came in today I had to go to the washroom and ms Letoya was not there so I asked Ms. Shirley that if Ms. Letoya came in to tell her I was in the restroom. I also told Ms. Shirley that Ms Letoya told me to come in at 8 to shadow her. The other staff lady who was leaving who had worked with the girls asked me if I was working on the boys or girls side and I told her just what I had told Ms. Shirley this morning. On my way out I had told Mr. Darrell that Ms. Letoya had told me to come in at 8 and he told me to let Ms. Felicia know. I did not change anything I thought I was following what I was told to do by Ms. Letoya

  

iMessage

       

7:33

**New iMessage**          Cancel

To: Felicia Evans

EXhibitA, Pg 9

Letoya

FYI. Also, Ms. Felicia I came in on Monday at 1:30 to work until 6. Please take a look at our text conversation on August 6th. You had told me to start on Monday with those hours. On Monday after working with Ms. Letoya she told me to come in Tuesday at 8. I did not change anything. I also called you over the weekend to talk to you as well.

Correction. I texted you over the weekend to ask to talk to you.

Aug 15, 2019, 4:48 PM

Hello Ms. Felicia

Question. Mr. Darrell said I did not have to come in at 6 tomorrow to shadow. I punched out for today. Was I supposed to do my regular hours after pickup today. I wasn't sure.  Should I start my regular hours tomorrow. 1:30 to 6.

Thanks

Aug 25, 2019, 12:26 PM

  iMessage 

       

7:34 ◢

**New iMessage**          Cancel

To: Felicia Evans

*EXHIBIT A, pg. 10*

Aug 25, 2019, 12:26 PM

Ms. Felicia I need to talk to you when you have time.

Aug 27, 2019, 11:55 AM

Hey, an work Sunday evenings 4/12 for the month of September ? U will be working with Me'chel'le

Ok

Thank you, so much

Aug 30, 2019, 3:34 PM

It can wait. You are in a meeting. Just wanted to know if we are off on Monday or did you need me is all

Sep 6, 2019, 1:24 PM

Hello ms Felicia. I came in today and my route is not even posted and Lana does not know

Tell Brenda

Or ask Letoya

        

7:35

**New iMessage**          Cancel

To: Felicia Evans

EXHIBIT A, pg. 11

Sep 6, 2019, 3:42 PM

Ok I did

Brenda was not there but I asked me Letoya

Sep 7, 2019, 7:08 AM

Ms. Felicia. I was informed of the tragedy of your wife's son.   Please accept my sincerest condolences on the loss.

Thank you

Sep 14, 2019, 8:14 AM

Ms Felicia.  When you have some time next week, I really need to talk to you.

Sep 27, 2019, 10:26 PM

I need to talk to you next week. Thanks.

Ok

How did ██████ do ?

Awwh she  did well.  Really well.  She

iMessage

7:36

**New iMessage**      Cancel

To: Felicia Evans      *EXHIBIT A, Pg. 12*

Awwh she did well. Really well. She talked a lot.

Sep 28, 2019, 7:46 AM

Last thing. One of the residents wanted to play spades. I asked Anthony if it was ok for him to play spades and he said yes so I played with the resident

Sep 29, 2019, 12:16 PM

Hello Ms. Felicia and happy Sunday. I know you maybe be very busy Monday so I just want to say this. Please disregard our conversation in reference to changing from transportation. I would like to continue in that role. I like it. Also for the October schedule it is fine with the days I have however I am on for October 5th. Instead of October 5th could I switch that to 4 to 12 on October 12th. In ending, I have an envelope with your left over change and receipt for the outing on Friday, as well as my voucher for supplies for your signature. Oops. One more. thing. As a friendly reminder I told you

  

iMessage

       

7:36

**New iMessage**                **Cancel**

To: Felicia Evans

*Exhibit A, Pg. 13*

> I had a baby shower to attend today in Illinois. That being said, I will be 2 Hours late today, and I did as you told me and called in this morning and told Johnnie. Thanks. Ms. Versie

Oct 3, 2019, 6:14 AM

> FYI. Ms.Felicia you can leave me on 8 to 4 on Saturday.  Thanks.  Happy Thursday

Oct 13, 2019, 7:07 PM

> FYI. I finished decorating the lobby and board.  Hope it is ok.

Oct 14, 2019, 11:38 AM

The decorations are really nice. Thank you

Oct 16, 2019, 10:43 PM

> FYI.  I am looking at question marks on the schedule.  I am available October 20th from 8 to 4.  I am available Saturday October 26th 4 to 12 and Sunday October 27th 4 to 12. Ms. Versie.

 

iMessage 

       

7:37

**New iMessage**          Cancel

To: Felicia Evans

Exhibit A, pg. 14

Oct 19, 2019, 9:54 AM

Do you want me to come in on those days I sent you

Oct 20, 2019, 4:14 PM

I apologize, I wasn't aware that Lynda had covered the shift. Thank u so much for coming and understanding

Ok

Nov 5, 2019, 11:05 AM

Ms Felicia. I cannot find the foam basketball. I will keep looking though



**INDOOR BASKETBALL GAME - Walmart.com**

       

7:37

**New iMessage**          Cancel

To: Felicia Evans       *Exhibit A, pg. 15*

Here is one

Cool, how much ?

Nov 7, 2019, 9:43 PM

hudhomestore.com  

Here is what I was telling you about. I bidded but on a home and under bidded then
but I still had to pay the hud asking price but I won the bid

Nov 7, 2019, 11:55 PM

  

**How to Use the Hudhomestore Website to Buy a HUD Home 2017**
thelendersnetwork.com

Nov 11, 2019, 4:06 PM

Hello ms Felicia. I am going to be about an hour late tomorrow. I have a doctors appointment in Chicago. Also

iMessage

**New iMessage**          Cancel

To: Felicia Evans          *Exhibit A, pg. 16*

about an hour late tomorrow. I have a doctors appointment in Chicago. Also on November 14th I will have to be off. The city is replacing my lead water pipe. I will work the night shift schedule for that day. It is just my day shift hours. Thanks.

Ok, let Anthony and Letoya know. I'm on vacation

Text Message

Ok, let Anthony and Letoya know. I'm on vacation

iMessage
Nov 15, 2019, 8:11 AM

Good morning, can u work 4/12 Sunday evening

Yes 

Nov 15, 2019, 5:21 PM

Hey, r u out on a route ?

Nov 27, 2019, 7:05 AM

Good morning ms. Felicia. I have some family issues I need to address

  iMessage 

       

**7:39**

**New iMessage**          Cancel

To: Felicia Evans

Exhibit A, Pg. 17

some family issues I need to address so I will not be able to work this weekend. Versie

Ok

Dec 15, 2019, 11:11 AM

Good morning ms. Felicia. Ms. Lynn had the nerve to put in the shift report that I was a no call no show yesterday and I had talked to you about not working yesterday. Why didn't she check with you.

Dec 18, 2019, 4:18 PM

Me Felicia. ▭ does not want to go to the class tonight.. Is it ok if I take the dbt training tonight from 4 to 8

Of course

Dec 22, 2019, 7:02 PM

Ms. Felicia. Will you be here tomorrow. I want to meet and talk with you

Yes

       

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, pg.18*

Ok. Thanks



   iMessage 

       

**New iMessage**          Cancel

To: Felicia Evans

*Exhibit A, page 19*



Omg. This is gorgeous. Love it.

Ms. Felicia. I don't want to be on the schedule for any weekends in January. Will school start January 1. If not. I am available January 3 and January 5 from 4 to 12.

Dec 23, 2019, 10:51 AM

Update. Here are times I am available. Just looked at calendar. January 1st January 2nd and January 3rd. 4 to 12 or 3 to 11 and then my shift resumes on January 6th. Thanks.

Dec 23, 2019, 1:51 PM

 
       

7:41

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBITA, Pg. 20*

Dec 23, 2019, 1:51 PM

Can u work 4/12 on Sundays in
January

Dec 24, 2019, 10:29 AM

Sorry just saw this. I can work one
Sunday

Dec 24, 2019, 12:52 PM

Disregard prior message

Jan 6, 2020, 7:43 PM

Ms. Felicia. I did not get the
schedule. Versie. My email is
vechatman@sbcglobal.net. Thanks

Jan 10, 2020, 8:36 PM

Happy Friday. I would like training on
doing the reports. I don't want to be a
shift leader a.k.a team leader. I just
want to know how to do things when
you all need it.

Cool, thank you

Jan 11, 2020, 5:42 PM

  iMessage 

       

**New iMessage**          Cancel

To: Felicia Evans          *Exhibit A, pg. 21*

Ms Felicia it was a fiasco last night. I have to tell you

Jan 15, 2020, 2:57 PM

Ms Felicia I just sent a message to ms. Shanta but this new girl has a cellphone that she is listening to music and talking on now. I will be en route after I pick ⬛ up.

What new girl ??

Ok, I know. Ask her for the phone

This girl is in here cursing about what she is not going to do. She was cutting up when she got in this car. I am not going to tussle with her in this car. She has the nerve to say these bitches. Got her fuck up. I do not want ⬛ and ⬛ to deal with this behavior. How did a cell phone get past them.

Just let it go and let them know in the building

Jan 15, 2020, 7:10 PM

        

**7:42** 

## New iMessage          Cancel

To: Felicia Evans          *Exhibit A, pg 22*

Jan 15, 2020, 7:10 PM

 I did

Jan 17, 2020, 8:49 PM

Ms. Felicia. I may not be able to attend the meeting tomorrow but here is a point I want to make. While I work with the children when they ask me personal information, I redirect them and tell them I don't tell my personal information. Well a child told me they already knew my address and they pinpointed it. Now these kids don't know without the help of staff members. This is why I wanted my last name on the email address to be changed from "mcclay.Chatman" to something like "mcccha". The first three letters of both of my last names. I value my privacy and I want everyone coming to my home to live safely. All that being said I want everything about me to be kept confidential from my address to my salary to my birthdate to my social security numbers. Anything with numbers. I do not want these children to ever be able to point out my house especially

iMessage

7:42

**New iMessage**                    Cancel

To: Felicia Evans            Exhibit A, pg. 23

if I did not give it to them. Please keep my personal information private. These kids listen to adult conversations and then pass information on. I have already had my information compromised before and the company gave me free credit monitoring for a year so I know how damaging the least little information can be so please. Thanks. Versie

Mar 2, 2020, 4:26 PM

Hey, can u stay til 8 tonight. Need help on the girls unit

 Ok

Thanks, I owe u

 Ok

Mar 3, 2020, 3:18 PM

See me when I get back in the building

 Ok

Mar 4, 2020, 5:43 PM

  iMessage 

       

**New iMessage**          Cancel

To: Felicia Evans   

Mar 4, 2020, 5:43 PM

> I really need to talk to you. I am on the verge of quitting

Mar 6, 2020, 10:58 AM

Good morning Ma'am. Can u work midnight on the boys unit tonight. 🙏 🙏🙏🙏 They gone be ᶻzᶻ sleep

Mar 6, 2020, 6:52 PM

> Oops. I just saw this. I can't. Sorry

Mar 12, 2020, 9:18 PM

> Update on today.. The client 🙂 had them take her hair down twice and redo. They were getting mad and frustrated. She was going to do it again when I called crisis center and you. Angel was supposed to come to release me. At 7:40 I left with the girls. Angel hadn't got there yet. I called and spoke to Jaquee to tell her to call angel and have her turn around because I had the girls. When I got back Angel was still not there. Jaquee was in the dining room at the table redoing the girls hair at the food tables. Jaquee also put makeup

iMessage

          

**New iMessage**          Cancel

To: Felicia Evans          EXHIBIT A, pg. 25

redoing the girls hair at the food tables. Jaquee also put makeup eyeliner and something else on the new girl

Mar 14, 2020, 4:17 PM

Is 12 to 8 on Thursday 12 to 8 and Saturday March 28 open on 4 to 12 still open. If so I will do it

Mar 15, 2020, 1:42 AM

Ok. I looked at the schedule today. I thought I was supposed to be on Saturday March 21st from 4 to 12. I am also available Saturday March 28th 4 to 12 and on Wednesday March 18th 4 to 12. And on March 29th from 4 to 12. I asked for two days a week. Is that ok?

Mar 15, 2020, 7:08 PM

Ok

Mar 24, 2020, 4:32 PM

My email address is Vechatman@sbcglobal.net

Ok

   

    

**New iMessage**          Cancel

To: Felicia Evans          *Exhibit A, pg. 26*

Mar 24, 2020, 4:32 PM

> My email address is Vechatman@sbcglobal.net

Ok

Just sent u the schedule

U want to do Thursday evening ???

> Ok. I got it Thursday evening is fine 3 to 11

> Is that ok?

Sure

Mar 24, 2020, 8:13 PM

Hey, don't say anything to her. That only creates more problems. She's into so much stuff right now. She's talking her way out of there. Don't give her that much attention, apparently nobody appreciates her talking about u

Mar 24, 2020, 9:27 PM

   iMessage 

       

7:43

**New iMessage**          Cancel

To: Felicia Evans          EXHIBITA, pg. 27

talking about u

Mar 24, 2020, 9:27 PM

> Thanks I thought about it to and decided against it too. Thanks again

Mar 27, 2020, 10:53 AM

> Good morning and happy Friday. I saw the schedule. Question: can I switch out April 19th to April 26th and I can also work on Wednesday april 29th from 4 to 12. In others words can you take me off on April 19th and put me down on April 26th. 4 to 12. I can also work April 29th 4 to 12. Thanks

Mar 30, 2020, 6:39 PM

Hey, I need a serious favor... can u work midnight tonight ????   

> Ms Felicia. Do you have the internet password. I want to bring my laptop

Let me check

Ok

     

**New iMessage**          Cancel

To: Felicia Evans    EXHIBIT A, pg. 28

Ok



Thank you

Mar 31, 2020, 9:37 AM

Good morning, can u work Thursday 4/12 ?

Apr 1, 2020, 11:19 AM

Ms Felicia. If you still need someone for Thursday. I can

Let me check

JaQuee said she would do it but I'll ask her if she needs a break. She's on a double

Apr 1, 2020, 8:48 PM

Ms Felicia. Client is doing really good. I found something client is interested in along with talking and ran with it. She also ate some chips and drank 2 bottles of water.  No issues so far

       

**New iMessage**                    Cancel

To: Felicia Evans          Exhibit A, pg. 29

Cool, thank you so much for having patience with her. I know if she was with the rest of them it would be hell all night. I appreciate u

I don't mind at all. She is really very pleasant.   You are so right if she was with the rest.  There is no order

Apr 6, 2020, 11:43 AM

Hey, will u work midnights tonight

Please 🙏🙏🙏🙏

Apr 6, 2020, 2:32 PM

Oh ms. Felicia I wish I could but I got a family situation going on

Ok

Do u think there will be night this week that u might be able to work ?

Yes.  When do you need me.

It don't matter whatever midnight u can take











7:50

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 30*

It don't matter whatever midnight u can take

I'll send u the schedule



Can u do Thursday night ?



Thank you so much

You're welcome. That means come in on Wednesday night right

No it means come in on Thursday night, get off Friday morning



Apr 7, 2020, 2:52 PM

Hey, are u free to work days tomorrow

Yeah what time

     

       

7:51

**New iMessage**          Cancel

To: Felicia Evans          EXHIBIT A, pg. 31




Yeah what time

8/4

Ok

Thank you, so much

You are welcome

Apr 13, 2020, 10:15 AM

Hello and happy Monday. Can I have my own classroom key and bathroom key so I won't have to use the units

Ok, I'll text Mr. Hobbs

Thank you

Happy Monday and thank you for being there

You are welcome

I sent Mr. Hobbs a text. He should be contacting u

 iMessage

  
       

7:51

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 32*

Apr 13, 2020, 1:31 PM

Ms. Felicia. I just remembered April 20th. I had a previous appointment so i have to be only on that day. Thanks

Ok, remind me when I'm at work

Apr 13, 2020, 4:48 PM

Ok 

Apr 15, 2020, 8:01 PM

I will take off Monday ok and listen don't give up. There is always a silver lining. It is coming.

Apr 16, 2020, 6:17 PM

Hey, can u do midnight tonight and I'll work your shift tomorrow?

Apr 17, 2020, 8:29 AM

Did u call off today ?

Apr 17, 2020, 9:37 AM

Yes. I just was feeling good. I could not get it together. I am in bed now

   

       

7:52

**New iMessage**                    Cancel

To: Felicia Evans          *EXHIBIT A, pg. 33*

Apr 17, 2020, 9:37 AM

Yes. I just was feeling good. I could not get it together. I am in bed now

Ok, feel better. I was just checking, 2 people said u did and someone else said u didn't. I was just checking

I called ms sally at about 12:30 this morning when I first felt this. I did this because I made some hot tottie and I knew I was not going to get back up at 6. I first was going to try and sweat it out

I ate some bad food

Apr 19, 2020, 7:35 PM

Happy Sunday. Friendly reminder. I won't be there on Monday. Hope you are doing well. See you Tuesday.

Ok, can u do midnight tonight. I understand if u can't. Sally called off

I wish I could. I am out of town now. I will be back tomorrow afternoon

  
       

7:53

**New iMessage**                    Cancel

To: Felicia Evans       *EXHIBIT A, pg. 34*

I wish I could. I am out of town now. I will be back tomorrow afternoon

Ok

Apr 23, 2020, 4:05 PM

Did anyone hear me

No

That's why I stopped.

Nena and Chakara are best friends

Apr 24, 2020, 6:51 PM

Hey ms. Felicia. How are you? FYI. I was not on the schedule for elearning today and I wanted the paperwork to make copies for ms. Megan like you said on Friday but Nena said she gave the book to ms April. Then while I was over there with the boys nena told me to bring them around to the Dayroom with the girls. Anthony came around and I told him I could handle the boys. I thought about this and did not want to be noncompliant to nenas request so I called anthony and told him I

  iMessage 

       

7:53

**New iMessage**          Cancel

To: Felicia Evans   *EXHIBIT A, pg. 35*

to be noncompliant to nenas request so I called anthony and told him I would bring them and he told me you said no. Also mr Jermaine called me to tell me he sent ⬚ a document to his email address and he needed ⬚ to sign it today. Nena came around 3:40 to tell me that Stephan would be late and she was sitting there rough housing the boys. Look at the tape. ⬚ looked distressed. I told her about ⬚. Documents and asked if she would stay so I could take him to get them so signed she said she was leaving at 4. I told her I promised me Jermaine I would do this. Lori was busy. I told nena I would ask anthony to sit for a minute and she said he was going to the grocery store. So after Stephan got there I walked ⬚ around and told me Lori why which I had told her earlier. It was 4:20 when I left and nena was still there

May 10, 2020, 10:19 AM

Hello ms Felicia. Had to tell you something.

May 11, 2020, 5:39 PM

   

       

**New iMessage**          Cancel

To: Felicia Evans    

earlier.. It was 4:20 when I left and nena was still there.

May 10, 2020, 10:19 AM

Hello ms Felicia. Had to tell you something.

May 11, 2020, 5:39 PM

Hey, u want to don4 hours tonight 12/4 and be off tomorrow ?

I can't this time. I wish I could

Cool, I understand

May 12, 2020, 9:46 PM

Hey do u feel like a midnight tonight?

May 13, 2020, 11:50 AM



    iMessage   

       

7:55 ✔

**New iMessage**                    Cancel

To: Felicia Evans        *Exhibit A, pg. 37*

## LaConyea PittsThomas

              

message      call      video                    pay

mobile
+1 (219) 743-8362

FaceTime                          📹   📞

Notes

Send Message

Share Contact

That number I sent u is to a DCS case manager. I want u to call her and tell her about ▓▓▓▓. What she said to u and what u see in her face. She is trustworthy

May 13, 2020, 4:04 PM

Did u call that number

Text Message

Did u call that number

                                     

       

7:55

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 38*

Did u call that number

iMessage

> I don't feel comfortable. Yolanda was telling me they beat her and dragged her. While she was talking ⬛ was saying she was lying. She was talking to Carolyn too.

Ok

May 16, 2020, 5:01 PM

Hey, u think u can go in for 4 hours to help Lynn. There are only 2 people in the building Lynn and Anthony

May 17, 2020, 10:40 AM

Hey, I'm know I'm bugging the hell out of u and I apologize, but I'm just trying to make sure it's enough coverage. Can u possibly go in early. Early as u possibly can. I do understand if u can't do it. Just checking

Text Message

Hey, I'm know I'm bugging the hell out of u and I apologize, but I'm just trying

   

       

7:55

**New iMessage**          Cancel

To: Felicia Evans    *EXHIBIT A, Pg. 39*

Text Message

Hey, I'm know I'm bugging the hell out of u and I apologize, but I'm just trying to make sure it's enough coverage. Can u possibly go in early. Early as u possibly can. I do understand if u can't do it. Just checking

iMessage

No you are not bugging me. I am at the laundry now but I will come in early if I can no problem. 

**Not Delivered**

May 17, 2020, 12:05 PM

No you are not bugging me. I am at the laundry now but I will come in early if I can no problem.

I appreciate u so much. I'm here now. Gonna leave shortly

Ok.

May 18, 2020, 9:36 AM



  iMessage 

       

**7:56**

**New iMessage**                                          Cancel

To: Felicia Evans   EXHIBIT A, Pg. 40

I appreciate u so much. I'm here now. Gonna leave shortly



May 18, 2020, 9:36 AM



Here is the money that she threw in my face and hit me with and took advantage of the fact that I was there

    iMessage   

       

7:57 ✓

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 41*

Here is the money that she threw in my face and hit me with and took advantage of the fact that I was there by myself to try to fight me. She and ⬛ have named themselves mentors and call themselves mentoring these kids and some staff allowed this.

May 21, 2020, 5:31 PM

This message is confidential and should only be read by me. Felicia.

Calling to see how you are doing. Ms. Felicia these kids are going too far with downloads cause ⬛ was allowed to do so. She does not know when to stop. Ms. Felicia can I your approval to allied them to print out pics. That girl flat out lied today. They go too far. Also I don't want them listening to music anymore while they do homework. They go too far and they take kindness for weakness. I found out that ⬛ has not turned in one paper. Jody talked to ms. Williams who is ⬛ teacher who came to get ⬛ and she said ⬛ hasn't turned in one paper.

  

       

7:57

**New iMessage**          Cancel

To: Felicia Evans     EXhibiA, Pg. 42

hasn't turned in one paper

Can they send stop playing music while classes

May 29, 2020, 11:50 AM

Do you know what school  went to for welding

Ivy Tech

East Chicago

Jun 1, 2020, 7:11 AM

Is laptop still in your office

It might be, if there u put them

Ms Felicia is Sunday 12 to 8 comes opening. I would like to do it jasmine says she does not waht it anymore

Jun 3, 2020, 4:34 PM

I'm in the throne

On

What u want VERSIE

         

7:58

**New iMessage**          Cancel

To: Felicia Evans          *Exhibit A, pg. 43*

What u want VERSIE



> Haha. I cancelled my. Appointment for tomorrow. If you still need me to take I will

Yes

> Ok. Enjoy your evening.. I am not calling anymore. Lol. Oh wait dominque was in your office and she said you wanted her to do some court thing. She was talking to nena. I wanna learn to do that too.

Ok

Jun 9, 2020, 8:07 PM

> No answer.

What's no answer ???

Jun 10, 2020, 3:15 PM

Hey the dentist is an oral surgeon.

  iMessage 

       

**7:59**

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, pg. 44*

Jun 10, 2020, 3:15 PM

Hey the dentist is an oral surgeon. His name is Stephen Fairchild. 219 736 1401

Jun 10, 2020, 7:06 PM

Ms. Felicia. What is it called when dcs comes to crisis center to inspect and look at reports.

Audit

Jul 7, 2020, 11:52 AM

Can u take ███ to an appointment at Edgewater tomorrow? He has to be there at 4

Can u take ███ to a doctors appointment on Friday. He has to be there at 10:00 am

Also ███ has that same apply so can u take both of them... same time

Ok 

Jul 8, 2020, 1:02 AM

  iMessage 

       

7:59

**New iMessage**          Cancel

To: Felicia Evans    Exhibit A, pg. 45

Jul 8, 2020, 1:02 AM

Ms Felicia. I have to be back at 11 tonight. Someone said some appointments had been cancelled

Jul 8, 2020, 9:42 AM

U can take the night off, please be here to take ●●●● to the appointment at 4.

Ok

Jul 8, 2020, 4:59 PM

●●●● has an appointment for tomorrow at 4:00 counseling services. And the other card has an appointment for August. I gave it to me Megan. Can I go home now

Yes

Thank you

Jul 9, 2020, 9:32 AM

I will call you later

Jul 10, 2020, 10:23 AM

         

8:00

**New iMessage**                    Cancel

To: Felicia Evans              *Exhibit A, pg. 46* 

Jul 10, 2020, 10:23 AM

Can u work the boys unit 4/12

Today. Okay

I sho do appreciate u

I'm gonna let JaQuee know

What about the 11 to 7. I don't have to do

It's Marcel and Eundee tonight

Ok 

So I don't need to stay for that 11 to 7 right

Nope, unless someone calls off

Ms. Felicia. I think I will just do the 11 to 7 not the 4 to 12

Ms Felicia I can't do the 4 to 12. Sorry

I'm on an important call with my doctor right now. I can't come in

    

      

8:00

**New iMessage**          Cancel

To: Felicia Evans  *Exhibit A, Pg. 47*

Ms Felicia I can't do the 4 to 12. Sorry

I'm on an important call with my doctor right now. U can't come in today is what ur saying ?

No I can do 11 to 7. That is what I'm scheduled for. Not the 4 to 12

Jul 11, 2020, 1:10 PM

Hey r u going in at 3 or 4 ?

Jul 17, 2020, 11:45 AM

**18** 11/7 Eundee
12/8 Marcel
7/3 Kimberly/Sally
8/4 Dominique/Lynn
3/11 Lynn/Sally
4/12 Versie/Dominique



8:01

**New iMessage**          Cancel

To: Felicia Evans

*Exhibit A, Pg. 48*

3/11 Lynn/Sally
4/12 Versie/**Dominique**

**19** 11/7 Eundee
12/8 Marcel
7/3 Jody/Kimberly
8/4 Sally
3/11 Jody/Lynn
4/12 Anthony/Dominique

> I can do the 19th 4 to 12

> Oh I am fine with 4 to 12 Saturday

Ok, Cool. I was in the bathroom...
water pills

   

       

8:02

**New iMessage**          Cancel

EXHIBIT A, PG.49

To: Felicia Evans

Oh I am fine with 4 to 12 Saturday

Ok, Cool. I was in the bathroom...
water pills

Jul 17, 2020, 1:02 PM

My email address is
vechatman@sbcglobal.net

Versie

Jul 22, 2020, 1:50 PM



L (Dr. Caluag)

Thu 7/23/2020 4:15 PM
Thu 7/23/2020 4:45 PM

(none)

iMessage

8:02

New iMessage                 Cancel

To: Felicia Evans

*Exhibit A) pg. 50*



Ok

Cool, thanks

Jul 26, 2020, 6:59 PM

U work midnight tonight, correct ?

Yes I do.  Has it changed.  Do you still need me or no

Nothing has changed. Just making sure I have enough people

Thanks

Ok. Thanks

Aug 3, 2020, 8:30 AM

Can u do midnights the rest of this week ??

Aug 4, 2020, 10:22 AM

8:05

**New iMessage**                    Cancel

To: Felicia Evans    Exhibit A, pg. 51

Aug 3, 2020, 8:30 AM

Can u do midnights the rest of this week ??

Aug 4, 2020, 10:22 AM

Hey, can u take a young lady to Chicago on Friday to her Uncle's funeral ?

The funeral is at AA Raynor funeral home.

Ok. What is the address

Aug 6, 2020, 5:09 PM

How are you?  Why aren't you answering the phone?  I have some questions.

When I said throne I meant bathroom. Here is my availability. Let me know if it works for you.

Wednesday 3 to 11
Friday 3 to 11
Sunday 3 to 11

  

       

8:05

**New iMessage**          Cancel

To: Felicia Evans          *EXhibit A, pg. 52*

Aug 10, 2020, 9:15 AM

Good morning, can u work 4/12 today

Aug 10, 2020, 10:40 AM

Good morning. Not sure. I am at the Vw dealership in Merrillville now and it is going to be some time here.

Aug 10, 2020, 3:03 PM

Hey me Felicia. These people realize they ordered the wrong part. It is going to be a while. I can't make it. Sorry

Aug 13, 2020, 11:31 PM

Hey ms Felicia. My availability is Wednesday and Thursday. 3 to 11. No weekends this week

Aug 14, 2020, 7:59 PM

Versie u said u were going to do E Learning. That's starts on Monday. So u will be working more than one day. Please be there at 7:30. ███ has to be logged in at 7:45 am. They will be in the Activity Room







8:06

New iMessage          Cancel

To: Felicia Evans   *EXHIBIT A, pg.53*

Question: I am going to be there at 7:15 tomorrow. Here is the thing. Their computers are in the long term room. I don't have a key and you are not there at that time. Whomever needs to get on computers for school how will I get their computers. Solution. Buy a trunk like storage container with a lock on it and place it outside your door where kids can place their computers and give me a key. Problem: If we use this method the computers will not charge over night. Oh. Can I have a list of their start time for classes? Also do they have a schedule of their classes. Thanks.

Oh. You need to keep a log of when you make yourself available like this so it is billable.

Aug 17, 2020, 6:35 PM

Just wanted to see if you are ok. Peace

On the phone with Nikki. Still at work

Omg 

   

       

8:07

**New iMessage**     Cancel

To: Felicia Evans     *Exhibit A, pg. 54*

Omg

Just calling to see if you needed any help. A code thing. Third ring hung up. I know you are fine. Won't call anymore

No, JaQuee is back from picking up Safe Place. I just walked in and I am in the throne

On

Aug 18, 2020, 7:45 AM

There were two laptops in your office. I have trentons. Who is the other for. Is that ⬚⬚⬚ I was able to get on the internet with that password. Thanks.

Trenton does not have a schedule yet

Aug 18, 2020, 9:32 AM

Me Felicia. Is it ok to go to the classroom to try the internet. It is down. Mr Hobbs says it is probably the chrome book

  iMessage 

       

8:07

**New iMessage**          Cancel

To: Felicia Evans    EXhibitA, Pg.55

In the classroom. We were able to get on the internet. Versie

Aug 19, 2020, 7:25 AM

Ms. Felicia we cannot get on WiFi I. Activity room. I am going to try the classroom again

Ok. We are on WiFi in classroom. The client can't remember his email He says he thinks his caseworker has it.

Aug 20, 2020, 9:56 AM

Me..Felicia your door locked. I need computer

Aug 24, 2020, 9:28 AM

By any chance do you have any headphones. No one is answering

Aug 26, 2020, 2:50 PM

Last Thursday I did not sign in or out. I was there from 7:30 to 2:30 and sign in for last Friday at 7:30. I did sign out Friday though. Thanks

Aug 27, 2020, 8:31 AM

iMessage

   
       

8:08

**New iMessage**                    Cancel

To: Felicia Evans        *EXhibitA, pg 56*

Aug 27, 2020, 8:31 AM

Hey.  I tried calling to explain but I will do my best.  Long story short.  I got my availability worked out. I can be there and I will be ok. I can work Monday through Wednesday.   Every week.  Thanks.

Aug 28, 2020, 7:38 PM



Aug 28, 2020, 11:30 PM

Lol, thank you

Sep 3, 2020, 7:22 AM

Happy Thursday 9.3.2020.  I was able to complete my shifty report online as

  iMessage 

       

8:10

**New iMessage**          Cancel

To: Felicia Evans      *Exhibit A, Pg. 57*

Monday through Wednesday.  Every week.  Thanks

Aug 28, 2020, 7:38 PM



Aug 28, 2020, 11:30 PM

Lol, thank you

Sep 3, 2020, 7:22 AM

Happy Thursday 9.3.2020.  I was able to complete my shifty report online as opposed to writing iit out.
I also learned that the Saturday meeting was canceled.   My availability for next week is Tuesday, Wednesday and Thursday for elearning class.

iMessage

  
       

8:10

**New iMessage**                    Cancel

To: Felicia Evans   *EXHIBIT A, pg.58*

Sep 3, 2020, 2:13 PM

Tuesday Wednesday and Friday

Sep 3, 2020, 9:08 PM

I can't remember if I told u that I do need u to do an appointment in the morning. I need u to take the 14 year old to Northshore to test for STD's

U can take her at 9

Ok.  No you didn't tell me but ok.

Sep 4, 2020, 2:14 PM

Two things.  Could you send me a copy of the schedule for next week?  Also as a reminder on August 20th.  I did not sign in or out. Should be 7:30 to 2:30 and August 21st. I was in at 7:30 but I signed out for that day.

Sep 4, 2020, 6:41 PM



   

       

8:11

**New iMessage**          Cancel

To: Felicia Evans    EXHIBIT A, Pg 59

Sep 4, 2020, 2:14 PM

Two things. Could you send me a copy of the schedule for next week? Also as a reminder on August 20th. I did not sign in or out. Should be 7:30 to 2:30 and August 21st. I was in at 7:30 but I signed out for that day

Sep 4, 2020, 6:41 PM



Happy Friday

Ms. Felicia. I was told the staff meeting for Saturday was canceled. Is that true? Thanks

Yes, it's canceled. I was on the phone

         

8:11

**New iMessage**          Cancel

To: Felicia Evans          EXHIBIT A, PG. 60

Yes, it's canceled. I was on the phone sorry I didn't answer

It is ok.  Happy Friday

I'm happy Friday work day is over



GIF Keyboard via #images

Omg.  No you didn't. Lol.   Enjoy

Sep 11, 2020, 1:22 PM

Do you have matties number so I can call her to switch with me on Monday

Sep 12, 2020, 10:52 AM

      

     

8:12

**New iMessage**                    Cancel

To: Felicia Evans          *EXHIBIT A, Pg.61*

Sep 12, 2020, 10:52 AM

# Nikki Weilgos

           

message        call        FaceTime              pay

home
(219) 688-0539

FaceTime                      📹    📞

Notes

Send Message

Share Contact

Add to Favorites

Thanks. Oh. They are cousin's

Oh, ok. I never knew that. No wonder
she looks out for her so seriously

Let Nikki know that too

Ok

  

     

8:13

**New iMessage**          Cancel

To: Felicia Evans     *EXHIBIT A, pg. 62*

OK

Sep 21, 2020, 5:27 PM

This text is intended for recipients only as it contains confidential information. If you are not the recipient, please delete.

FYI. I gave my notes (a copy) to be included in the shift report to Jaquee and I asked her not to tell the kids or let them know because ⬚⬚⬚ told me Jaquee told them what I wrote but it was a totally different version of what I wrote. I reassured ⬚⬚⬚ by reading her the notes and reintegrating that that other stuff is not what I said. Could you please tell staff not to share this notes with the children as too much gets lost and/or misconstrued in the translation. Ultimately this will be another reason for these children to find a way to go under the radar of their behaviors not being reported. ⬚⬚⬚ lied and said she was not sending messages and another child was sitting next to her and saw it as well. She sat there and told Jaquee she was on zoom. She never even had that session with her

iMessage

8:13

**New iMessage**                 Cancel

To: Felicia Evans   *EXHIBIT A, pg. 63*

and saw it as well. She sat there and told Jaquee she was on zoom. She never even had that session with her tutor in zoom. I do not have Athena's phone number so I could not send it to her. Could you please let her know as well?

Girl I'm on the throne right now, but I'm looking at the beginning of this email wondering if this came from the IRS

Hahaha. I put kids name so I said I better be safe and include this. This is what people send me and it scared me at first.

I'll send u her number and JaQuee gave me the folder and said it supposed to go in the shift report and I told her don't give the folder to me cause I ain't doing the Shift Report. She left it there and then when I'm leaving she asked me for it. I told her Athena told u to that and I guess then she thought about it

Wow.. Man I tell you. She is the one

  iMessage 

       

8:14

**New iMessage**                     Cancel

To: Felicia Evans   *Exhibit A, pg. 64*

Athena told u to that and I guess then
she thought about it

> Wow. Man I tell you. She is the one
> that told the kids her version of what I
> said. Go figure. See why I cover my
> behind

> I have an MSW and while I don't mind
> losing a job. I don't want to lose my
> credentials or the opportunities my
> credentials could bring on bs.

Yeah, keep doing what u do. These
people are amazing

> Yeah. Always cya. That translates
> into "cover your ass". Happy Monday.
> Bye. Oh. On a different note. Tell
> Carrie I said hey and get rid of the
> couch, chairs and vase. Soon.

Sep 24, 2020, 7:37 PM

> When does  get off work

10:30

Sep 24, 2020, 9:00 PM

       

8:15

**New iMessage**          Cancel

To: Felicia Evans   *Exhibit A, Pg. 65*

Sep 24, 2020, 9:00 PM

# Athena Cell

           

message        home                    pay

home
(219) 308-6880

Notes

Send Message

Share Contact

Add to Favorites

Add to Emergency Contacts

So ▬▬▬ ran

Awwh naw... She was going at it with ms. Lynn. She does not like the way she talked to her. I wonder did she and ms Lynn get into it. I feel so bad. I had to talk ▬▬▬ down all this evening. I never saw her act like this

 iMessage

       

8:15

**New iMessage**          Cancel

To: Felicia Evans  *Exhibit A, pg 66*

evening. I never saw her act like this.
Gosh almighty.

Yeah, I'm sure Lynn didn't do anything
to try to stop her

You are so right.

Sep 28, 2020, 8:01 AM

⬤⬤⬤ is in here bs ing. She does
not want to do her work

Sep 29, 2020, 10:06 AM

Please don't forget to take me off for
Friday.

Ok

Sat, Oct 3, 5:41 PM

Hey, can u work midnight tonight ?

Sorry no. I am in Chicago. I have a
family personal issue.

Ok, be safe

I am going to try.

        

8:16

**New iMessage**          Cancel

To: Felicia Evans  EXhibit A  Pg.67

Don't get in no trouble

Mon, Oct 5, 5:04 PM

FYI. I did not have [redacted] charger today. I informed Jaquee of that earlier. Since [redacted] can take her laptop with her when she pleases [redacted] should be accountable for the cord as well. I did not have it and I told [redacted] I did not have it and that I would look in the locker. When I put the laptops in the locker there was no plug.

You know I am going to keep calling. I don't appreciate anyone fabricating a story on me. I am rethinking a lot of things now

I told u I was at the doctors office. My ringer is off. I'm taking care of me right now

I am sorry. Take care of you.

Tue, Oct 6, 10:55 PM

I have repeatedly call the crisis center and Jaquee fails to answer the phone. I left her my class notes and wanted


iMessage

         

8:17

**New iMessage**          Cancel

To: Felicia Evans  *Exhibit A, pg. 68*

> I left her my class notes and wanted to follow through but she will not answer the phone. Ms. Felicia. I am not feeling well and will not be in tomorrow but you can't connect with Jaquee. She does not answer the phone.

Wed, Oct 7, 2:25 PM

Hey, do u know if u will be calling off anymore this week. I'm trying to get ahead of the game with coverage. Thanks

> No I am ok. I will be there

Ok, Cool. Thanks. Athena asked why u took off and she wants to talk to u

> What did I do

> I did not feel well. Ok we can talk

Thu, Oct 8, 3:50 PM

> Can I call you later?

Just want to know if ur off for the rest of the week



   

       

8:18

**New iMessage**        Cancel

To: Felicia Evans        *Exhibit A, Pg.69*

Just want to know if ur off for the rest of the week

No I will there to tomorrow

Ok

Thu, Oct 8, 5:15 PM

Talk to you tomorrow. I know you got a lot on your plate

Fri, Oct 9, 3:47 PM

I do not want to be in the classroom anymore. Too many lies

Tue, Oct 13, 7:16 PM

Call me if I can do Anything for U

This is the text message I got from Lynda. I showed you my call list. Recent calls. I do not call her like that unless I am returning her call

Wed, Oct 14, 3:04 PM

Do you have Nicki's number. I will talk to you later

iMessage

8:19

New iMessage                    Cancel

To: Felicia Evans      Exhibit A, pg. 70

Wed, Oct 14, 3:04 PM

Do you have Nicki's number.. I will talk to you later

Her cell or office ???

Office. It is not on this telephone roster and April wasn't around there

2727

Wed, Oct 14, 4:33 PM

Send me her cellphone. No voicemail on her job phone

Fri, Oct 16, 1:38 PM

How are you. Send me Nicki cellphone

Hey, just got out the doctors office. Nikki sent us a text last week after Lynn called her in her cell phone and said don't give nobody her cell number. Sorry, call Meara at 2707 and ask her to get in contact with Nikki for u

Fri, Oct 16, 6:52 PM

  Message 

       

8:20

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A,    pg. 71*

ask her to get in contact with Nikki for u

Fri, Oct 16, 6:52 PM

Ok. Thanks.  How are you doing?

Wed, Oct 21, 10:38 AM

Reminder.  I will not be in tomorrow Thursday.  Doctors appt for my arm

Ok

Wed, Oct 21, 7:53 PM

I see ur calling, what's up?

Are we still using Paycom.com to get our paystubs

Yes

Ok. Don't forget I am off tomorrow for doctors appointment.

Got it

Sat, Oct 24, 1:43 PM

Hey, can  u work tonight 8 to 12. I'm



**New iMessage**                    Cancel

To: Felicia Evans     *EXHIBIT A, pg. 72*

Sat, Oct 24, 1:43 PM

Hey, can u work tonight 8 to 12. I'm trying to find someone to split this shift with me. I have no one to come in and I ain't feeling the best. I do understand if u have plans already.

Hey. I am so sorry. I made plans I cannot break.

Sat, Oct 24, 8:55 PM

Hey, what time did u leave on Tuesday and on Friday??

On Friday I left at 3 o'clock. On the other two days I did not punch out. It was 4:30. I stayed later to work on the computer on Friday. It took me longer than I thought. But I don't want anything for that. My punch out time was 4:30. It was a Friday when they ran away and I didn't punch out that was 4:30. This past Friday I started to punch out but then I had to turn papers into Meara and find out how to get into Paycom. I do not want that time. I was finished this past Friday at 3:00.

  

iMessage

       

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, pg. 73*

at 3:00.

So to sum it up. On October 23rd Friday. My punch out time should be 3. The other two times I Did not punch out should be 4:30. One was the day the kids ran away and I went out to look for them and the other day was trying to log in and finish reports.

Mon, Oct 26, 9:09 AM

Ok tomorrow I have Drs appoint and on November 5th to. Tomorrow I have to leave early at 2:00 to make a 2:30 appointment

Mon, Oct 26, 12:31 PM

Thank you. I read the schedule wrong.

I'm just trying look out. I know ur having a few challenges.

Yes.

Wed, Oct 28, 4:24 PM

Hey I need u to work transportation

        

**New iMessage**          Cancel

To: Felicia Evans



Yes.

Wed, Oct 28, 4:24 PM

Hey I need u to work transportation Nov 3, 4, 5, and 10.

Wed, Oct 28, 5:36 PM

Ok

Wed, Oct 28, 6:45 PM

Can u do a run for me tomorrow. One of the ▓▓▓▓▓▓▓▓▓ needs to go get glasses on Kennedy Ave. and then be taken to ▓▓▓▓▓▓▓▓

His appointment is at 10:30

Ok

Thank you

You are welcome. See you tomorrow

Thu, Oct 29, 8:50 AM



iMessage

       

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, pg. 75*

Thank you

You are welcome.  See you tomorrow

Thu, Oct 29, 8:50 AM



### Family Eyecare Center
4.0 ★★★★ (19)
Eye care center in Highland, Indiana · Open

OVERVIEW      REVIEWS      PHOTOS      ABOUT

 CALL     DIRECTIONS     SAVE     WEBSITE

 8417 Kennedy Ave, Highland, IN 46322

🕐 Open · Closes 6PM  ∨

Thu, Oct 29, 2:45 PM

## Can u do midnight tonight. I'll find someone or I'll do ElLearning

iMessage

       

**8:56**

**New iMessage**          Cancel

To: Felicia Evans     *Exhibit A, pg. 76*

Add to Favorites

Add to Emergency Contacts

Tue, Nov 3, 8:16 AM


> What pharmacy do we use

Care Pharmacy


> Where is it located

Omni care

We call it in and they deliver


> Is it in highland

Thu, Nov 5, 10:22 PM

# Eundee Kyles
### Alternative House


message


home


pay

home
(773) 517-1517

email (Siri found in Mail)

     

8:56

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 77*

email (Siri found in Mail)
ekyles2001@yahoo.com

Notes

Send Message

Share Contact

Fri, Nov 6, 9:01 AM

Oh  Are you still working on schedule. Ok I know I come in on the 10th for transportation.  However I can work Friday and Saturday 11 to 7.

Sat, Nov 7, 7:29 AM

Hello and happy Saturday.   I was relieved by ms Marcel at 2:00. Pm. That is my clock out time.  I clocked in for Friday November 6 but I did not clock out

Sun, Nov 8, 4:03 PM

Ms. Felicia.   I did not receive the schedule.  My email address is vechatman@sbcglobal.net














**New iMessage**                    Cancel

To: Felicia Evans   *EXHIBIT A, PG. 78*

Mon, Nov 9, 6:54 AM

> Me. Felicia on Friday I was not able to clock out I did clock in. I was at the hospital with John. I left at 2 pm

Fri, Nov 13, 12:52 PM

> Hello. How are you doing. Here is my schedule for next week. If there is transportation a day thru the week let me know. If not. I can work Friday and Saturday 11 to 7

Ok

> Hey I am almost finish with website. I will send it to you when done

Fri, Nov 13, 5:01 PM

Ok, Cool

Sat, Nov 14, 6:01 PM

Hey, I'm missing Shirley, Tracy and Christie . So I'm really gonna need u , if u can... to do E Learning Monday and Wednesday.



?????

    iMessage   

       

8:57

**New iMessage**          Cancel

To: Felicia Evans    *EXHIBIT A, p. 79*

and Wednesday.

?????

I can do Monday. Wednesday. I have a dental appointment

Ok, thank you

You are welcome

Tue, Nov 17, 2:57 PM

Hey, can I do E Learning Thursday and Friday

Ok. But do I have to come back at 11pm. on Friday 

No, I'll find someone

Ok. I

Thank you

You are welcome

Tue, Nov 24, 7:41 PM

Alright. I am done

        
      

**8:58**

**New iMessage**          Cancel

To: Felicia Evans  *EXHIBIT A, pg. 80*

> You are welcome

Tue, Nov 24, 7:41 PM

> Alright. I am done

Fri, Nov 27, 10:43 AM

> Here is my schedule for next week. Tuesday (transportation) or (class) and Saturday and Sunday 11 to 7.

The schedule was posted Wednesday

> Really. I did not see it or know that. Can you send it to me
>
> Vechatman@sbcglobal.net

> Hey. Happy belated thanksgiving. Someone sent the schedule io me. I can't do Monday. I have to take my car back to dealership my right windshield wiper went out. Thanks

Ok, I'll fix it

Happy Thanksgiving

Sun, Nov 29, 4:16 PM

  

       

8:58

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, Pg. 81*

Ok, I'll fix it

Happy Thanksgiving

Sun, Nov 29, 4:16 PM

Good evening, can u work midnight tonight ?

Hey. Got the message. Sorry I am in chicago I can't.

Wed, Dec 2, 8:45 PM

**Small Business and Nonprofit Hope Center offers low-cost and no-cost services in Gary |...**
nwitimes.com



Some info for you

Thu, Dec 3, 2:06 PM

Hello. Here is my schedule for next week. Wednesday. 7 to 2:45 and Saturday and Sunday from 11pm to 7am. Thanks. Verse

Fri, Dec 11, 10:59 AM

Schedule for next week. Friday Saturday and Sunday 11 to 7 pm. I only went three days per week. Not

iMessage

  

       

8:59

**New iMessage**                    Cancel

To: Felicia Evans     *Exhibit A, pg. 82*

Fri, Dec 11, 10:59 AM

Schedule for next week. Friday Saturday and Sunday 11 to 7 pm. I only went three days per week. Not two

Sat, Dec 12, 2:33 PM

Can u work this evening ?

Tue, Dec 15, 1:19 PM

Can you change my hours on Saturday and Sunday to 10:00 to 8:00. Instead of 11-7.  Thanks

Thu, Dec 17, 10:58 PM

Can you text me the schedule because I have appointments. It is hard to get appointments now with this COVID.

Sat, Dec 26, 9:02 PM

I talked to me Athena.  Will talk to you tomorrow

What she say? Did she help ?

Tue, Dec 29, 6:38 AM

   
       

9:00

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, pg. 83*

What she say? Did she help ?

Tue, Dec 29, 6:38 AM

Good morning, what time u get off ?

 8 o'clock

Ok, I need a favor. Can u pick me up when u get off.

 Ok

Thank you, my back is giving me the Blues this morning

Tue, Dec 29, 8:09 AM

 Sorry to hear that. I will be there in a few minutes. Letting car warm up

Wed, Dec 30, 10:08 AM

Good morning, can u work New Year's Eve 10/8 ?

 Yes

Yes

  iMessage

       

**9:00**

**New iMessage**                    Cancel

To: Felicia Evans   *Exhibit A, Pg. 84*

Wed, Dec 30; 10:08 AM

Good morning, can u work New Year's Eve 10/8 ?

 Yes

Yes

 Yes I will be able to work tomorrow 10 pm right to 8:00am

Yes ma'am. It will be 4 of u because we're going to let them watch the ball drop but they can not be together

So 2 on each Unit

Ok.

Fri, Jan 8, 4:18 PM



   iMessage 

       

**New iMessage**          Cancel

To: Felicia Evans   *EXHIBIT A, Pg. 85*



365 new days,
365 new chances.

Happy new year to you and Carrie

Sat, Jan 9, 7:43 AM

Good morning, you are scheduled to work E-Learning Monday morning

Mon, Jan 11, 10:07 AM

Good morning, I'm trying to get the schedule nailed down and I need to know if u plan on working Tuesday and Wednesday in ELearning ?

Mon, Jan 11, 1:44 PM

Yeah

Wed, Jan 13, 12:43 PM

Hello. I can work Thursday and Friday but can you take me off Sunday

  

       

**New iMessage**          Cancel

To: Felicia Evans   *Exhibit A, pg. 86*

Wed, Jan 20, 12:37 PM

My availability for next week is Friday Saturday and Sunday 12 midnight to 8 and/or 11 to 7

Mon, Jan 25, 12:52 PM

You are not answering

Mon, Jan 25, 5:50 PM

Hey, will u work midnight tomorrow?? Please 🙏🙏🙏🙏

Wait is midnight tomorrow coming in tonight

No tomorrow night

Ok

Thank you

You are welcome



iMessage

9:02

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, Pg. 87*



GIF Keyboard via #images

Ya ya ya



Fri, Jan 29, 1:20 PM

I am available 12 to 8 or 11 to 7 on Friday, Saturday, Sunday

Sat, Jan 30, 1:06 PM

Tuesday and Wednesday  next week 7:00 to 3:00. Versie

Sat, Jan 30, 5:00 PM

I'll call u back, dealing with family

It is an emergency so I will just tell you now just in case.  My furnace just went out.  I have to get someone here

           iMessage          

       

**New iMessage**          Cancel

To: Felicia Evans     *Exhibit A, Pg. 88*

> now just in case. My furnace just went out. I have to get someone here and there is a snowstorm coming. I will not make it to work tonight. I have to get this problem fixed not to mention this snowstorm. There is a warning advisory. I am sorry. I will call in as well but I wanted you to know to give you time to find a replacement

> I just called to say I would not be there for reasons above and there is no answer.

Ok, I'll take care of it

> I am sorry I panicked. I did not send this message to ms. Chakara. I will try to send it to her to.

Yeah, she is on call on the weekend.
But of course u guys don't want anyone to work but me

> Ms. Felicia. Is this you? Because only an imposter would believe these were my sentiments. That is not true for me.

You are for real sick. Yes this is the

   

       

9:04

**New iMessage**          Cancel

To: Felicia Evans     *EXHIBIT A, pg. 89*

You are for real sick. Yes this is the masked manager



GIPHY via #images

Omg. Lol. So it is indeed you. Well you got it wrong for me anyway. If it wasn't for my furnace I would have come. But that is not something I want to risk this time.

I got u

Ok. Listen. Do you have minutes of the meeting? I had to tell you something else as well. Kinda sortA important. So when you get a chance let me know. I got my oven on now and now I learn that could be dangerous.

When I put these people out my house. My cousin is over

          iMessage         

       

9:05

New iMessage          Cancel

To: Felicia Evans   *EXHIBIT A, pg. 90*

When I put these people out my house. My cousin is over

You ain't putting nobody out? Lol. Snowstorm too. Good luck with that. Lol

These heffas leaving here. They got a house they need to go to it. Versie go get a room. That carbon monoxide will kill u coming off that stove.

U gone catch hell trying to get somebody out there tonight

Yeah.

This is a new furnace. I got this what about 6 years ago

I guess u speaking in furnace language cause I don't know things 6 years old that's new

Nope furnaces are supposed to last 10 to 20 years especially for 8,000.00 dollars.

   

       

**New iMessage**          Cancel

To: Felicia Evans   *EXHIBIT A, Pg. 91*

Nope furnaces are supposed to last 10 to 20 years especially for 8,000.00 dollars.



Going thru a lot.  My ___ in

For the record.  I have not saw him or visited.  Just pictures of missing my

iMessage

   

       

9:09

**New iMessage**          Cancel

To: Felicia Evans     *EXHIBIT A, pg. 92*

> Covid-19

> For the record. I have not saw him or visited. Just pictures of missing my family

Sun, Jan 31, 3:19 PM

> Ms. Felicia. Am I on the schedule for Tuesday and Wednesday 7to 3. I don't have a schedule.

I didn't go in today. Don't feel well. I'm gonna complete the schedule tomorrow. But I will put u on those days.

> Ok. Hope you feel better. Shanta called me this morning to come in and I was going to try. They just dug me out. Chances are I would not have made it. I did call back at about 9ish and there was no answer so I assumed they found someone and I went back to sleep. I feel so back because I missed a message from chakara. My furnace is ok. I also have Nipsco home solutions. They will come out.

iMessage

**9:09**

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, pg.93*

Ok, I do need someone for 7/3 tomorrow. Can u come in ?

 Ok

This sciatica is giving me the blues today so I don't know if I'm gonna make it tomorrow

Gonna try really hard. Taking some Norco today. I really hate taking drugs

I hope you feel better. I know how you feel about taking medication. I am going to send you some exercises you can do to relieve the pain.

Thank you

Watching now

Cool, 2 of them I'm about to do. I can manage number 1 and 3.

These bad knees won't hold up all this ass for number 2

 Lol

  

      

9:10

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, pg. 94*

> I hope you feel better. I know how you feel about taking medication. I am going to send you some exercises you can do to relieve the pain.

Thank you

Watching now

Cool, 2 of them I'm about to do. I can manage number 1 and 3.

These bad knees won't hold up all this ass for number 2

 Lol

Sun, Jan 31, 5:40 PM

Had a call off on midnights, can u come. I'll find someone for days

Ok

Thank you

Sun, Jan 31, 7:16 PM

You're welcome

   

       

9:11

**New iMessage**                    Cancel

To: Felicia Evans   *EXHIBIT A, pg. 95*

Later this is you

Had a call off on midnights, can u come. I'll find someone for days

This is me

Ok

This is how we started

This is you

Ms. Felicia. Am I on the schedule for Tuesday and Wednesday 7to 3. I don't have a schedule.

Talking to Carrie

Will call u back

This is you

I didn't go in today. Don't feel well. I'm gonna complete the schedule tomorrow. But I will put u on those days.

    iMessage   

       

9:12

**New iMessage**          Cancel

To: Felicia Evans   *EXHIBIT A, Pg. 96*

days.

Now go up to when you asked me to come in on midnights.

This is you

Later this is you

Had a call off on midnights, can u come. I'll find someone for days

I told u I'm talking to Carrie. I'll call u back

Ok

Wed, Feb 3, 9:40 PM

Ok. I remembered. One of the clients kept itching. I will elaborate on that second. I or whomever is in the elearning classroom needs to be in the loop of these clients class schedules... their teachers and be able to interact with their education givers so that whomever is the teacher knows what is going on. There needs to be a protocol. The classroom persons should be given a

  

iMessage

       

**9:12**

**New iMessage**                    Cancel

To: Felicia Evans   *Exhibit A, pg. 97*

classroom setting. Also, Some staff is still sharing personal information about their coworkers with these children and when children are redirected that info is used by these children against staff.   Rule of thumb. If I don't share any parts of my life The classroom teacher should have logins for children and schedules.   We need time to go in and see where these children have been.  I had a few minutes with one client who did an interview and she was in Facebook And kept minizing her screen. All over the internet.  We also need to be able to view their activities while on the computers.   The classroom person has no time to do this but yet is blamed for everything. I realized that ongoing elearning is new but there needs to be conformity.   No one wants to hear my input.   There are no meetings on how to make this a great learning experience but the classroom attendant gets blamed.  This should imitate a classroom setting and set standards and norms.  They should not have headsets with music blasting.  No one should just be able to burst into call a child out.  There

 

iMessage



       

**New iMessage**                    Cancel

To: Felicia Evans   *Exhibit A, Pg. 98*

blasting. No one should just be able to burst into call a child out. There should be a schedule of the child's appointments for that day. Knock on the door and ask the classroom teacher for the child ... don't just burst in and make your announcement to the class. for the child for meds and appointments. Give the child privacy. Anywho. Just saying. If we are not allowed to be effective don't always blame us. Lastly if I need to come in promptly for the clients to log in but have to go to different units of children first so when I do get to the classroom the children are late or locked out of the classroom that is a factor that should be under consideration and not be used against the classroom attendant that the child missed class

If a child hAs to be in class at seven but I am in a different unit. Then when that child gets disciplined for attendance. Staff should not bot be held responsible held accountable for that

Thu, Feb 4, 10:26 AM

   

       

9:13

**New iMessage**         Cancel

To: Felicia Evans     *EXHIBIT A, pg. 99*

that

Thu, Feb 4, 10:26 AM

Good morning, can u work Friday 3/11

Thu, Feb 4, 9:43 PM

I want to make this clear so that there is no misunderstanding and I don't seem like a no show no call yet again for times and hours I did not sign up for. We both know in our conversation today that I cannot come in tomorrow 2/5/2021 per our conversation. For next week. Please do not put me on days or classroom. I thought I was transportation but everyone else is doing that. Listen. I can only work Thursday 3 to 11 or 4 to midnight and Friday and Saturday 11 pm to 7 am and Sunday 11 pm to 7 am or 12 midnight to 8 am. I am asking you not to give me any hours I did not sign up for. I have other plans. Thanks.

Fri, Feb 5, 1:08 AM

In answering your 3 to 11 request per our conversation on Thursday I cannot come in.

  iMessage 

       

9:14

**New iMessage**              Cancel

To: Felicia Evans   *EXHIBIT A, pg. 100*

for. I have other plans. Thanks.

Fri, Feb 5, 1:08 AM

In answering your 3 to 11 request per our conversation on Thursday I cannot come in.

Sat, Feb 6, 11:33 PM

Happy end of Saturday. I saw the schedule. You have an open slot from 12 onto 8 on Thursday February the 11th, 18th and 25th. I can do all three. Let me know if this ok. Oh. Happy Sunday too

Sun, Feb 7, 10:46 AM

Did u do the observations on your unit last night?

Sun, Feb 7, 1:07 PM

Yes they are in the book

Sun, Feb 7, 5:18 PM

Thank you

Tue, Feb 9, 11:35 AM



**9:15**

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, pg. 101*

Tue, Feb 9, 11:35 AM

Hey, can u do midnight tonight and tomorrow night ??

Yes I can.  But not Thursday

U can do tonight but not tomorrow night ???

I can do Tuesday and Wednesday. That is tonight and tomorrow right

Yes. I can do tonight and tomorrow night.

Ok, u are right. Thank you

Just sent u a copy of updated schedule is this what u mean ???

Ok.  I got it.  Yes.

Ok, Cool

Thank you

You're welcome




9:16

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, pg. 102*

Wed, Feb 10, 8:29 PM

Can u stay til 9 in the morning ??

 Ok

Tue, Feb 16, 12:02 PM

Just checking shifts. U are working Wednesday night getting off Thursday morning correct ?

 Yes

Tue, Feb 16, 1:26 PM

Thank you

 You are welcome

Sun, Feb 21, 5:09 PM

Hello ma'am, can u work midnight tonight ??

Mon, Feb 22, 9:01 AM

Good morning, can u work midnight tonight ?

Mon, Feb 22, 10:27 AM

   iMessage 

       

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, pg. 103*

Mon, Feb 22, 9:01 AM

Good morning, can u work midnight tonight ?

Mon, Feb 22, 10:27 AM

Hey I can come in midnight tonight

Thank u so much

Ok. I just looked at the schedule.. You have me down for Wednesday.

Mon, Feb 22, 1:51 PM

I see I am on the schedule this time for Wednesday. A day I did not ask for. I understand about the census and for the past 4 months when I asked for 3 days I have only gotten two. I am always there to help when I can but as soon as new people come in then My hours get cut that is until the new people don't work out. I am on social security disability and like I always tell you I can only do so many hours. Hence the 3 days a week. I have went out on a limb working over those hours. I do not want to lose my



iMessage

  

       

**9:20**

**New iMessage**          Cancel

To: Felicia Evans          *EXHIBIT A, PG. 104*

out on a limb working over those hours. I do not want to lose my benefits or social security disability. I will come in this week because of the census but now when a new person comes in and wants the 12 to 8 hours I have been doing then again I am thrown under the bus.

Mon, Feb 22, 8:14 PM

I called u back to respond to your text in person but u were probably asleep. I will talk to u tomorrow

Tue, Feb 23, 4:40 PM

Hey I called you back. I had to fix something on the site. I am launching this week. Tell gary I said hi

Typo. Voice recognition. Tell Carrie I said hey.

Fri, Feb 26, 12:44 PM

Availability for March is: Friday 11 to 7 and Saturday and Sunday preferably 11 to 7. That is my preference however 12 to 8. That's it. Thanks. Versie

   
       

9:22

**New iMessage**          Cancel

To: Felicia Evans    *Exhibit A, pg. 105*

Fri, Feb 26, 12:44 PM

> Availability for March is: Friday 11 to 7 and Saturday and Sunday preferably 11 to 7. That is my preference however 12 to 8. That's it. Thanks Versie

Schedule is posted

It's Friday Versie

U have Friday, Saturday, and Sunday morning

Midnights

> Ok. Midnights right

Yes, Versie

> Alright now. Thank you and happy Friday

Tue, Mar 2, 10:34 AM

> Will call you back at doctors office

Thu, Mar 11, 4:58 PM

> Omg. You are not answering. No



   

       

9:24

**New iMessage** **Cancel**

To: Felicia Evans *EXHIBIT A, pg. 106*

Thu, Mar 11, 4:58 PM

Omg. You are not answering. No

Thu, Mar 11, 7:39 PM

I am doing a dry run here before launching. Tell me what you think. Please go through everything. I need your constructive criticism. Introducing

Garyside.com

I'm trying to register

Let me know if it works.

Ok

I can't register. I tried from my phone and my laptop. But I like the set up the subjects. The movement but I can't register to see the stories behind the headlines

I'm gonna find my mouse for my laptop and see if I can do it better. I hate using this little pad with my finger

  iMessage 

       

9:24

**New iMessage**          Cancel

To: Felicia Evans   *Exhibit A, pg. 107*

finger

> Ok. Got to fix that. You should not have to register see the blogs. Try so see if you can click on the story title.

> I see what you are saying. Got to fix that

> Ok. When you get a chance try again

Ok, I'm the kitchen cooking gonna try it in few

> Ok. Got to get ready for work. Let me know how it works

Ok

Sorry

> Umm hummm

Dropped the phone

> Ok



      

      

**New iMessage**      Cancel

To: Felicia Evans          *Exhibit A, Pg. 108* 

Dropped the phone

Ok

Fri, Mar 12, 9:28 AM

Talk to you later

Fri, Mar 12, 2:56 PM

Felicia, I will not be able to work Monday

I got your text. I understand. I started a new prescription today and I'm not feeling too well right now. I can call u later

Ok. Hope you feel better

Mon, Mar 15, 10:41 AM

I am trying to complete your payroll and I have a question

Wed, Mar 17, 5:51 PM

Hey, I left u a message to come in at 11 and please do the shift report. Can u do that ??

  iMessage 

       

9:28

**New iMessage**          Cancel

To: Felicia Evans

*Exhibit A, PG109*

> Hey, I did not get a message my voicemail is full. I will be in

I appreciate you

Sally fell at work. She thinks her leg is broken

Sat, Mar 20, 12:01 PM

> Hey. Listen. I am not committing to this but. You said in the meeting about kids needing homework assistance. I can do that if we work something out. I can come in 4 hours a day for 5 days. But it would have to be organized. I need to know their schedules. What they are falling short in. Teachers names and contact info. I would like to be Able to create a liaison with their school and teachers and work on a consistent learning plan with residents. There would have to be a code of behavior that is expected if not no tutoring.

Sat, Mar 20, 11:01 PM

Just saw this text. Let me discuss it
with Nikki and I will get back to u

9:28

**New iMessage**                    Cancel

To: Felicia Evans    *Exhibit A, Pg. 110*

Ok

Sun, Mar 21, 8:09 AM

Ms. Felicia. FYI. I put an envelope under your door. It is enclosed with two letters a client wrote. I read a couple of sentences as this letter was laying on the staff desk in the girls dorm. I truly found it to be despicable, as well as deplorable, and distasteful and I stopped reading after the first two sentences. Jocelyn told me that the client read the letter to Jennifer and then the client wanted to read it to another client but Jocelyn would not allow it.

Mon, Mar 22, 7:44 PM

Hey how are you doing. Listen. For next week's schedule. Can I have ms Marcels schedule. Monday Tuesday and Wednesday 12 to 8. Put me down for that. Thanks

Sat, Mar 27, 9:06 AM

Hello. How are you? Before anyone blows things out of proportion I want

iMessage

9:29

**New iMessage**          Cancel

To: Felicia Evans          *Exhibit A, Pg. 111*

Marcels schedule. Monday Tuesday and Wednesday 12 to 8. Put me down for that. Thanks

Sat, Mar 27, 9:06 AM

Hello. How are you? Before anyone blows things out of proportion I want to say this. I have been off balanced all week. I came in 11 to 7 when I was told I was to be there 12 to 8. Even though there would have been no one there one day if I had of left at 7. Then when I was supposed to be there 12 to 8. I was there 11 to 7.

Sun, Mar 28, 9:38 PM

I am not trying to talk to you about the schedule. Don't care. I am trying to talk to you about a concern

Anywho. I left this morning after the 15 minute grace period when the day person did not show up. Seems like when I get my times mixed up it works out that I have to stay and when I do the schedule times I still have to stay because people don't show up on time. That is all and that is it. I have called you several times and you don't



iMessage



**New iMessage**                    Cancel

To: Felicia Evans   *Exhibit A, pg. 112*

blows things out of proportion I want to say this. I have been off balanced all week. I came in 11 to 7 when I was told I was to be there 12 to 8. Even though there would have been no one there one day if I had of left at 7. Then when I was supposed to be there 12 to 8. I was there 11 to 7.

Sun, Mar 28, 9:38 PM

I am not trying to talk to you about the schedule. Don't care. I am trying to talk to you about a concern

Anywho. I left this morning after the 15 minute grace period when the day person did not show up. Seems like when I get my times mixed up it works out that I have to stay and when I do the schedule times I still have to stay because people don't show up on time. That is all and that is it. I have called you several times and you don't answer. That being said. I want you to understand when I don't answer your phone calls just like you do me that it is nothing personal. I am busy as well.

Delivered

  

     

↶ Reply all ⌄    🗑 Delete    ⊘ Junk   Block    ⋯

*EXHIBIT A)*
*Pg. 113*

## Fw: Availability

**Versie C. McClay Chatman**
Fri 4/9/2021 9:19 AM
To: vechatman@sbcglobal.net

👍 ↩ ↩ → ⋯

**From:** Versie C. McClay Chatman
**Sent:** Friday, August 28, 2020 11:58 PM
**To:** Felicia Le Sandra Evans <feliciae@crisiscenterysb.org>
**Subject:** Availability

Ms. Felicia,

You may have missed my text message to your phone of my availability sent Thursday (8/27). Per our prior conversations, I too receive social security disability, so there is a cap of how many hours (monies) I can earn, hence "part time".

That being said I sent the text message (I know you receive a lot of messages, so my message may have gotten by you). I let you know in that message that I am available for e-learning Monday, Tuesday and Wednesday, as opposed to Monday-Friday (or 3 to 11 and/or 4-12). Three times per week.

Also, I will not be available for labor day weekend.

Thanks

Ms. Versie

Reply ┆ Forward