IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| VERSIE C. McCLAY CHATMAN ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 2:21-cv-000397-JEM |
| ) | |
| CRISIS CENTER, INC. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

All parties who have appeared in this action hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)), to the dismissal, with prejudice, of all claims asserted in this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher S. Wolcott (w/ permission)* | */s/ Trevor W. Wells* |
| Christopher S. Wolcott (#23259-32) | Trevor W. Wells (#31156-64) |
| **THE WOLCOTT LAW FIRM LLC** | **REMINGER CO., L.P.A.** |
| 450 E. 96th Street, Suite 500 | 2901 Carlson Drive, Suite 311 |
| Indianapolis, IN 46240 | Hammond, IN 46232 |
| Telephone: (317) 500-0700 | (219) 663-3011 |
| Facsimile: (317) 732-1196 | (219) 663-1049 (fax) |
| Email: indy2buck@hotmail.com | twells@reminger.com |
| *Counsel for the Plaintiff* | *Counsel for the Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on May 3, 2023, a true and complete copy of the above and foregoing was served in accordance with Fed.R.Civ.P. 5, pursuant to the district court's ECF system as the ECF filers, and was served by regular mail to non-ECF filers and parties who do not appear to be registered with the Court's ECF system.

Christopher S. Wolcott
THE WOLCOTT LAW FIRM LLC
450 E. 96th Street, Suite 500
Indianapolis, IN 46240
Email: indy2buck@hotmail.com
*Counsel for Plaintiff*

                              */s/ Trevor W. Wells*
                              Trevor W. Wells (#31156-64)
                              **REMINGER CO., L.P.A.**