# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| VERSIE C. McCLAY CHATMAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:21-CV-397-JEM |
| ) | |
| CRISIS CENTER, INC., ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court on the Stipulation of Voluntary Dismissal [DE 50], filed by the parties on May 3, 2023.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 4th day of May, 2023.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc:    All counsel of record